*Bullitt,* and *Edmund B. Quiggle* for respondent.

No. 383. UNITED STATES *v.* WHITBECK, RECEIVER. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Messrs. Edward F. Colladay* and *Joseph C. McGarraghy* for respondent.

No. 384. UNITED STATES *v.* HIGHLAND MILK CONDENSING CO. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. No appearance for respondent.

No. 385. UNITED STATES *v.* HELVETIA MILK CONDENSING CO. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. No appearance for respondent.

No. 386. UNITED STATES *v.* CHICAGO, INDIANAPOLIS & LOUISVILLE RY. CO. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Messrs. J. Harry Covington, C. C. Hine,* and *Spencer Gordon* for respondent.

No. 387. LAMSON CO., INC., *v.* INGALLS, TRUSTEE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.